UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 29 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> KING COUNTY, Washington; DOW CONSTANTINE, in his official capacity as King County Executive, <br><br> Defendants-Appellants. | No. 23-35362 <br><br> D.C. No. 2:20-cv-00203-RJB <br> Western District of Washington, Seattle <br><br> ORDER |

Before: HAWKINS, CLIFTON, and BRESS, Circuit Judges.

Appellants' motion to strike a portion of the answering brief, Dkt. 40, is denied. Appellees' motion for judicial notice, Dkt. 48, is granted.